BILL LOCKYER
Attorney General of the State of California
MARY JO GRAVES
Chief Assistant Attorney General
MICHAEL P. FARRELL
Senior Assistant Attorney General
BRIAN G. SMILEY
Supervising Deputy Attorney General
A. KAY LAUTERBACH, State Bar No. 186053
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 322-0792
 Fax: (916) 324-2960
 Email: Kay.Lauterbach@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| CURTIS M. JOHN-CHARLES, | CIV-S-05-0175 MCE GGH P |
|---|---|
| Petitioner, | **ORDER** |
| v. | Judge: The Honorable Gregory G. Hollows |
| STATE OF CALIFORNIA, | |
| Respondent. | |

Upon considering Respondent's request, and good cause appearing therefore, Respondent shall have 30 days from service of this order to file a response to Petitioner's application for writ of habeas corpus.

Dated: 12/12/06

/s/ Gregory G. Hollows
_____
The Honorable Gregory G. Hollows

1

ch175.eot