IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CURTIS M. JOHN-CHARLES,

    Petitioner,                   No. CIV S-05-0175 MCE GGH P

    vs.

STATE OF CALIFORNIA, et al.,

    Respondents.               ORDER

_____/

        On October 19, 2007, the court granted petitioner thirty days to file a supplemental petition. On October 29, 2007, plaintiff filed a motion stating that he could not comply with the order. Plaintiff stated that he had been placed in administrative segregation for his own protection and was having difficulty accessing his legal property.

        The court will grant plaintiff thirty days from the date of this order to file a supplemental petition. If plaintiff cannot comply with this order, he shall file a short declaration describing in detail his attempts to obtain access to his legal property. The court may then order prison officials to inform the court regarding plaintiff's access to his legal property.

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff is granted thirty days from the date of this order to file a supplemental petition.

DATED: 11/8/07

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

johnch175.eot