IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CURTIS M. JOHN-CHARLES,

    Petitioner,                    No. CIV S-05-0175 MCE GGH P

    vs.

STATE OF CALIFORNIA, et al.,

    Respondents.              <u>ORDER</u>

    _____/

        On October 19, 2007, the court ordered petitioner to file a supplemental petition within thirty days. On November 8, 2007, the court granted petitioner a thirty day extension of time.

        On November 16, 2007, petitioner filed another request for extension of time. Petitioner requests until January 18, 2008, to file his supplemental petition. On November 16, 2007, petitioner also filed a motion to compel. Petitioner requests that prison officials be compelled to give him access to his legal property and unlimited law library access. According to his November 16, 2007, request for extension of time, petitioner is in administrative segregation.

        The court will grant petitioner until January 18, 2008, to file his supplemental petition. However, no further requests for extension of time will be granted. Because petitioner

1 | has considerable time to prepare his supplemental petition, the court need not address the matters
2 | raised in the motion to compel.  However, if petitioner is denied access to his legal property he
3 | should notify the court before January 18, 2008.
4 |         Good cause appearing, IT IS HEREBY ORDERED that:
5 |         1. Petitioner's November 16, 2007 application for an extension of time is granted;
6 | and
7 |         2. Petitioner's supplemental petition is due on or before January 18, 2008;
8 |         3. Petitioner's November 16, 2007, motion to compel is denied.
9 | DATED: 12/13/07

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:bb
john0175.111(3)