IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CURTIS M. JOHN-CHARLES,

    Petitioner,                     No. CIV S-05-0175 MCE GGH P

    vs.

STATE OF CALIFORNIA, et al.,

    Respondents.                 ORDER

_____/

        On December 12, 2007, petitioner filed a supplemental petition. Accordingly, IT IS HEREBY ORDERED that respondent shall file a response to the supplemental petition within thirty days of the date of this order; petitioner may file a reply within thirty days thereafter.

DATED: 02/26/08

                                            /s/ Gregory G. Hollows
                                            UNITED STATES MAGISTRATE JUDGE

johnch.ord