IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CURTIS M. JOHN-CHARLES,** | CIV-S-05-0175 MCE GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **STATE OF CALIFORNIA, et al.,** | |
| Respondents. | |

GOOD CAUSE APPEARING, Respondent's application for a 30-day extension of time in which to file a response in this matter is hereby GRANTED. Respondent's response is due on April 26, 2008.

Dated: 04/03/08        /s/ Gregory G. Hollows
                       U.S. MAGISTRATE JUDGE

ch175.eot