IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CURTIS M. JOHN-CHARLES,**<br><br>        Petitioner,<br><br>    v.<br><br>**STATE OF CALIFORNIA, et al.,**<br><br>        Respondents. | CIV-S-05-0175 MCE GGH P<br><br>**ORDER** |

GOOD CAUSE APPEARING, Respondent's application for a 30-day extension of time in which to file a response in this matter is hereby GRANTED. Respondent's response is due on May 26, 2008.

Dated: 05/02/08          /s/ Gregory G. Hollows
                         United States Magistrate Judge

jch175.eot(2)

1