IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CURTIS M. JOHN-CHARLES,

    Petitioner,               No. CIV S-05-0175 MCE GGH P

    vs.

STATE OF CALIFORNIA, et al.,

    Respondents.         ORDER

                             /

        Petitioner has requested an extension of time to file a traverse pursuant to respondent's May 14, 2008 answer to petition for writ of habeas corpus. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's June 5, 2008 request for an extension of time (Docket #60) is granted; and

        2. Petitioner is granted thirty days from the date of this order in which to file a traverse.

DATED: 06/19/08                                /s/ Gregory G. Hollows

                                                GREGORY G. HOLLOWS
                                                UNITED STATES MAGISTRATE JUDGE

GGH:ja
john0175.111