IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CURTIS M. JOHN-CHARLES,

        Petitioner,                  No. CIV S-05-0175 MCE GGH P

    vs.

STATE OF CALIFORNIA, et al.,

        Respondents.           <u>ORDER</u>

_____/

        Petitioner has requested an extension of time to file objections to the December 15, 2008, findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's January 7, 2009, request for an extension of time (Docket No. 64) is granted; and

        2. Petitioner is granted up to and including January 30, 2009, in which to file his objections to the December 15, 2008, findings and recommendations (Docket No. 63).

DATED: January 14, 2009

                                   /s/ Gregory G. Hollows
                                  GREGORY G. HOLLOWS
                                  UNITED STATES MAGISTRATE JUDGE

GGH:kly
john0175.111(2)